**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORAY RICE,<br><br>        Plaintiff,<br><br>    vs.<br><br>SERGEANT J. MILSON;<br>FREDRICK HAWS, WARDEN;<br>MATT CATES, DIRECTOR OF CDC;<br>CORRECTIONAL OFFICER D. MOISA,<br><br>        Defendants. | CASE NO. CV 10-00716 JHN (RZ)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Plaintiff has objected. The Court accepts the Report and adopts its findings and recommendations.

DATED: December 1, 2010

_____
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE