**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORAY RICE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SERGEANT J. MILSON;<br>FREDRICK HAWS, WARDEN;<br>MATT CATES, DIRECTOR OF CDC;<br>CORRECTIONAL OFFICER D. MOISA<br><br>　　　　Defendants. | CASE NO. CV 10-00716 JHN (RZ)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: December 1, 2010

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JACQUELINE H. NGUYEN
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE